UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: JOHN ADAMS ASSOCIATES, INC.<br><br>**Related Cases:**<br><br>WILLIAM R. RHODES; RUSSELL H. MILLER; and VALORI A. MACE,<br>         Plaintiffs,<br>-vs-<br>E.I. DUPONT DEMOURS AND COMPANY,<br>         Defendant.<br><br>and<br><br>RICHARD ROWE; MARY L. CARTER; MICHELLE E. TOMARCHIO; REGINA M. TROUT; ALLEN K. MOORE; CATHERINE A. LAWRENCE; and KATHLEEN K. LEMKE, as Parent and Personal Guardian of DJL, Jr.,<br>         Plaintiffs,<br>-vs-<br>E.I. DUPONT DEMOURS AND COMPANY,<br>         Defendant. | Civil Case No. 07-00577 (RBW)<br><br><br><br><br><br>Civil Action Case No. 6:06-530<br>S.D. W. Va. (Parkersburg Division)<br><br><br><br><br><br><br><br>Civil Action Case No. 06-1810-RMB-AMD<br>D.N.J. (Camden Vicinage) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Karen J. Marcus, Esq. hereby enters her appearance hereby appears as counsel of record in the above captioned actions on behalf of the Plaintiffs and requests that all future correspondence and papers in connection with this action be directed to the undersigned.

Dated: January 11, 2008

_____
Karen J. Marcus
FINKELSTEIN THOMPSON LLP

1050 30TH Street, N.W.
Washington, D.C. 20007
Telephone: (202) 337-8000
Facsimile: (202) 337-8090
kmarcus@finkelsteinthompson.com