UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| *In Re*: John Adam Associates, Inc. | ) <br> ) <br> ) Civil Action No. 1:07-mc-00577 (RBW) <br> ) <br> ) <br> ) |

**MOTION FOR ADMISSION *PRO HAC VICE*
AND DECLARATION OF MICHAEL C. MCCARTHY**

Pursuant to Local Rule 83.2(c) of the United States District Court for the District of Columbia, Katherine L. Rhyne, a member of the Bar of this Court, and an attorney of record for Intervenor 3M Company ("3M") in this action, hereby moves the admission *pro hac vice* of Michael C. McCarthy to participate in the action on behalf of 3M. Pursuant to Local Rule 7(m), counsel for 3M has conferred with opposing counsel regarding the filing of this motion. Opposing counsel does not object to 3M's motion.

Movant and proposed admittee respectfully certify as follows:

1. Michael C. McCarthy is an attorney duly licensed to practice law, having been admitted to practice in the State of Minnesota in 1992.

2. Mr. McCarthy is an attorney duly licensed to practice law by the State Bar of Minnesota and has been admitted to practice in the U.S. Supreme Court, the U.S. Court of Appeals for the Federal Circuit, the U.S. Court of Appeals for the Eleventh Circuit, the U.S. Court of Appeals for the Eighth Circuit, the U.S. Court of Appeals for the Seventh Circuit, the U.S. Court of Appeals for the Sixth Circuit, the U.S. Court of Appeals for the Fifth Circuit, the U.S. District Court for the District of Minnesota, and the Supreme Court of Minnesota.

3. Mr. McCarthy is not a member of the District of Columbia Bar and does not have an application for admission presently pending before the District of Columbia Bar.

4. Mr. McCarthy is an attorney with the law firm of Maslon Edelman Borman & Brand, LLP with his office at 3300 Wells Fargo Center, 90 South Seventh Street, Minneapolis, MN, 55402-4140, telephone number (612) 672-8347.

5. There have been no disciplinary proceedings against Mr. McCarthy as a member of the Bar in any jurisdiction at any time; he has never been held in contempt of court, convicted of a crime, or publicly reprimanded, censured, suspended, disciplined, or disbarred by any court. Mr. McCarthy is familiar with the Local Rules of the United States District Court for the District of Columbia, the provisions of the Judicial Code which pertain to the jurisdiction of and practice in the United States District Courts, the Federal Rules of Civil Procedure and the Code of Professional Responsibility as adopted by the District of Columbia Court of Appeals.

6. During the past twenty-four (24) months, Mr. McCarthy has not requested permission to appear *pro hac vice* in the District of Columbia.

7. Mr. McCarthy has associated with the undersigned, who is a member in good standing of the District of Columbia Bar and is admitted to practice before the United States District Court for the District of Columbia, and whose office is at 1700 Pennsylvania Avenue, N.W., Washington DC 20006.

WHEREFORE, the undersigned respectfully moves this Court to admit Michael C. McCarthy to practice before this Court *pro hac vice* and to appear as counsel for 3M.

The undersigned declare under penalty of perjury and the laws of the District of Columbia that the foregoing is true and correct to the best of our knowledge information, and belief.

Movant:                                                                                  Proposed admittee:

/s/_____                        /s/_____
Katherine L. Rhyne, D.C. Bar No. 339010                      Michael C. McCarthy
King & Spalding LLP                                                      Maslon Edelman Borman & Brand, LLP
1700 Pennsylvania Avenue, N.W.                                 3300 Wells Fargo Center
Washington, DC 20006                                                 90 South Seventh Street
Telephone: (202) 737-0500                                           Minneapolis, MN 55402-4140
Facsimile: (202) 626-3737                                            Telephone: (612) 672-8200
                                                                                        Facsimile: (612) 672-8397

Counsel for 3M Company

**Statement of Points and Authorities**

1.  LCvR 83.2(c)

/s/_____
Katherine L. Rhyne, D.C. Bar No. 339010

Dated: February 5, 2008

3

**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| *In Re*: John Adam Associates, Inc. | ) ) ) ) Civil Action No. 1:07-mc-00577 (RBW) ) ) ) |

**PROPOSED ORDER**

Upon consideration of Michael C. McCarthy's application to appear before this Court in the above captioned matter *pro hac vice* it is this _____ day of _____ 2008, hereby:

**ORDERED**, that the Motion for Admission *Pro Hac Vice* of Michael C. McCarthy is **GRANTED**; and it is

**FURTHER ORDERED**, that Michael C. McCarthy be allowed to appear *pro hac vice* in the above captioned matter until the conclusion of the case.

_____
Judge Reggie B. Walton
United States District Court Judge

## CERTIFICATE OF SERVICE

I certify that on February 5, 2008, I caused a copy of 3M Company's Motion For Admission *Pro Hac Vice* to be filed electronically with the Clerk of the Court using the CM/ECF system, which will send notice of the filing to the following:

J. Steven Justice
Taft Stettinius & Hollister LLP
110 North Main Street, Suite 900
Dayton, OH  45402

Karen J. Marcus
Finkelstein Thompson LLP
The Duvall Foundry
1050 30th Street NW
Washington, D.C.  20007

I certify that on February 5, 2008, a copy of the foregoing 3M Company's Motion For Admission *Pro Hac Vice* was served via U.S. Mail to the following:

Thomas Richichi
Nadira Clarke
Beveridge & Diamond, P.C.
1350 I Street, N.W., Suite 700
Washington D.C. 20005

Dated: February 5, 2008                    /s/_____
                                           Katherine L. Rhyne