UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| *In Re*:  John Adam Associates, Inc. | )<br>)<br>)<br>)  Civil Action No. 1:07-mc-00577 (RBW)<br>)<br>)<br>) |

MOTION FOR ADMISSION *PRO HAC VICE*
AND DECLARATION OF J. STEVEN JUSTICE

Pursuant to Local Rule 83.2(c) of the United States District Court for the District of Columbia, Karen J. Marcus, a member of the Bar of this Court, and an attorney of record for Plaintiffs in this action, hereby moves the admission *pro hac vice* of J. Steven Justice to participate in the action on behalf of Plaintiffs.  Pursuant to Local Rule 7(m), counsel for Plaintiffs has conferred with opposing counsel regarding the filing of this motion.  Opposing counsel does not object to Plaintiffs' motion.

Movant and proposed admittee respectfully certify as follows:

1.  J. Steven Justice is among Plaintiffs' counsel in the cases related to this miscellaneous action, such cases being styled *Rhodes v. E.I. DuPont Nemours and Company*, Civ. Action No. 6-06-0530 (S.D. W. Va.), and *Rowe v. E.I. DuPont Nemours and Company*, Case No. 06-1810 (D.N.J.).

2. Mr. Justice is an attorney with the law firm of Taft Stettinius & Hollister LLP, 110 North Main Street, Suite 900, Dayton, OH  45402, and can be reached at either (937) 641-1720 or (937) 228-2838.

3.  Mr. Justice is admitted to the bar in the State of Ohio (OSB# 0063719), as well as the bars for the following federal courts:  the United States District Court for the

Southern District of Ohio, the Sixth Circuit Court of Appeals, and the Third Circuit Court of Appeals.

4. Mr. Justice has never been the subject of any disciplinary action by any bar association.

5. Mr. Justice has not been admitted *pro hac vice* in this Court within the last two years.

6. Mr. Justice's law firm does not have an office within the District of Columbia.

7. To assist in this matter, Mr. Justice has associated with Karen J. Marcus and Mila F. Bartos, of Finkelstein Thompson LLP (The Duvall Foundry, 1050 30th Street N.W., Washington D.C. 2007), who are members in good standing of the District of Columbia Bar and are admitted to practice in this Court. They can be reached at (202) 337-8000.

WHEREFORE, the undersigned respectfully moves this Court to admit J. Steven Justice to practice before this Court *pro hac vice* and to appear as counsel for Plaintiff

The undersigned declare under penalty of perjury and the laws of the District of Columbia that the foregoing is true and correct to the best of our knowledge, information, and belief.

| **Movant:** | **Proposed Admittee:** |
|---|---|
| /s/ | /s/ |
| Karen J. Marcus, DC Bar No. 486435 | J. Steven Justice |
| Finkelstein Thompson LLP | Taft, Stettinius & Hollister LLP |
| 1050 30th Street, NW | 110 N. Main Street, Suite 900 |
| Washington, D.C. 20007 | Dayton, Ohio 45402 |
| Telephone: (202) 337-8000 | Telephone: (937) 228-2838 |
| Facsimile: (202) 337-8090 | Facsimile: (937) 524-1761 |

Counsel for Plaintiffs

## Statement of Points and Authorities

1. LCvR 83.2(c)

                                        /s/
                              Karen. J. Marcus, DC Bar No. 486435

Dated: February 6, 2008

## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| *In Re*: **John Adam Associates, Inc.** ) ) ) ) ) ) ) ) | **Civil Action No. 1:07-mc-00577 (RBW)** |

### PROPOSED ORDER

Upon consideration of J. Steven Justice's application to appear before this Court in the above captioned matter *pro hac vice*, it is this_____ day of _____, 2008, hereby:

**ORDERED,** that the Motion for Admission *Pro Hac Vice* of J. Steven Justice is **GRANTED**; and it is

**FURTHER ORDERED**, that J. Steven Justice be allowed to appear *pro hac vice* in the above captioned matter until the conclusion of the case.

                                                                  _____
                                                                  Judge Reggie B. Walton
                                                                  United States District Court Judge

# **CERTIFICATE OF SERVICE**

I certify that on February 6, 2008, I caused a copy of John Adam Associates, Inc.'s Motion for Admission *Pro Hac Vice* to be filed electronically with the Clerk of the Court using the CM/ECF system, which will send notice of the filing to the following:

Katherine L. Rhyne
King & Spalding LLP
1700 Pennsylvania Avenue, NW
Washington, DC  20006

Michael C. McCarthy
Maslon Edelman Borman & Brand, LLP
3300 Wells Faro Center
90 South Seventh Street
Minneapolis, MN  55402-4140

Thomas Richichi
Madira Clarke
Beveridge & Diamond, P.C.
1350 I Street, N.W., Suite 700
Washington, D.C.  20005


Dated:  February 6, 2008            /s/
                                    Karen J. Marcus