UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

*In Re*: John Adam Associates Inc.        )
                                          )
                                          )
                                          ) Civil Action No. 1:07-mc-00577 (RBW)
                                          )
                                          )
                                          )

**MOTION FOR ADMISSION *PRO HACE VICE*
AND DECLARATION OF NADIRA CLARKE**

Pursuant to Local Rule 83.2(d) of the United States District Court for the District of Columbia, Thomas Richichi, a member of the Bar of this Court, and an attorney of record for John Adams Associates Inc. ("John Adams") in this action, hereby moves the admission *pro hac vice* of Nadira Clarke to participate in the February 19, 2008 court proceeding on behalf of John Adams. Pursuant to Local Rule 7(m), counsel for John Adams has conferred with opposing counsel and counsel for the 3M Company ("3M") regarding the filing of this motion and they do not object to John Adam's motion.

Movant and proposed admittee respectfully certify as follows:

1. Nadira Clarke is an attorney duly licensed to practice law, having been admitted to practice in the State of Pennsylvania in 1993.

2. Ms. Clarke is an attorney duly licensed to practice law by the State Bar of Pennsylvania and has been admitted to practice in the United States Court of Appeals for the Fourth Circuit and the United States Court of Federal Claims.

3. Ms. Clarke is not a member of the District of Columbia Bar and has an application for admission presently pending before the District of Columbia Court of Appeals.

4. Ms. Clarke is an attorney with the law firm of Beveridge & Diamond, P.C. with her office at 1350 I Street, NW Suite 700, Washington, DC 20005, telephone number (202) 789-6069.

5. Prior to joining Beveridge & Diamond, P.C., Ms. Clarke was an attorney for the Department of Justice in Washington, D.C. for over twelve (12) years, including the United States Attorney's Office for the District of Maryland and the Office of Professional Responsibility.

6. There have been no disciplinary proceedings against Ms. Clarke as a member of the Bar in any jurisdiction at any time; she has never been held in contempt of court, convicted of a crime, or publicly reprimanded, censured, suspended, disciplined, or disbarred by any court. Ms. Clarke is familiar with the Local Rules of the United States District Court for the District of Columbia, the provisions of the Judicial Code which pertains to the jurisdiction of and practice in the United States District Courts, the Federal Rules of Civil Procedure and the Code of Professional Responsibility as adopted by the District of Columbia Court of Appeals. Indeed Ms. Clarke appeared before the United States District Court for the District of Columbia in the course of her previous employment with the Department of Justice as a Special Assistant United States Attorney.

7. During the past twenty-four (24) months, Ms. Clarke has not requested permission to appear *pro hac vice* in the District of Columbia.

8. Ms. Clarke is associated with the undersigned, who is a member in good standing of the District of Columbia Bar and is admitted to practice before the United States District Court for the District of Columbia, and whose office is at 1350 I Street, NW, Suite 700, Washington DC 20005.

WHEREFORE, the undersigned respectfully moves this Court to admit Nadira Clarke to practice before this Court *pro hac vice* and to appear as counsel for John Adams.

The undersigned declare under penalty of perjury and the laws of the District of Columbia that the foregoing is true and correct to the best of our knowledge information, and belief.

| Movant: | Proposed admittee: |
|---|---|
| /s/ *Thomas Richichi* | /s/ *Nadira Clarke/rcs* |
| Thomas Richichi, D.C. Bar No. 255505 | Nadira Clarke |
| Beveridge & Diamond, P.C. | Beveridge & Diamond, P.C. |
| 1350 I Street, NW Suite 700 | 1350 I Street, NW Suite 700 |
| Washington, DC 20005 | Washington, DC 20005 |
| Telephone: (202) 789-6026 | Telephone: (202) 789-6069 |
| Facsimile: (202) 789-6190 | Facsimile: (202) 789-6190 |

Counsel for John Adams Associates Inc.

### Statement of Point and Authorities

1. LCvR 83.2(d)

/s/ *Thomas Richichi*
Thomas Richichi, D.C. Bar No. 255505

Dated: February 13, 2008

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

*In Re*:  John Adam Associates Inc.           )
                                              )
                                              )
                                              )  Civil Action No. 1:07-mc-00577 (RBW)
                                              )
                                              )
                                              )

## PROPOSED ORDER

Upon consideration of Nadira Clarke's application to appear before this Court in the above captioned matter *pro hac vice* it is this _____ day of _____ 2008, hereby:

**ORDERED**, that the Motion for Admission *Pro Hac Vice* of Nadira Clarke is **GRANTED**; and it is

**FURTHER ORDERED**, that Nadira Clarke be allowed to appear *pro hac vice* at the February 19, 2008 court proceeding in the above captioned matter.

                                              _____
                                              Judge Reggie B. Walton
                                              United States District Court Judge

## CERTIFICATE OF SERVICE

I certify that on February 13, 2008, I caused a copy of John Adams Associates Inc.'s Motion for Admission *Pro Hac Vice* to be filed electronically with the Clerk of the Court using the CM/ECF system, which will send notice of the filing to the following:

J. Steven Justice
Taft Stettinius & Hollister LLP
110 North Main Street, Suite 900
Dayton, OH 45402

Karen J. Marcus
Finkelstein Thompson LLP
The Duvall Foundry
1050 30th Street NW
Washington, D.C. 20007

I certify that on February 13, 2008, a copy of the foregoing John Adams Associates Inc.'s Motion For Admission *Pro Hac Vice* was served via U.S. Mail to the following:

Katherine L. Rhyne,
King & Spalding LLP
1700 Pennsylvania Avenue, N.W.
Washington, DC 20006

Michael C. McCarthy
Maslon Edelman Borman & Brand, LLP
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4140

Dated: February 13, 2008

/s/ Thomas Richichi
Thomas Richichi