UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re JOHN ADAMS ASSOCIATES, INC., ) ) ) ) WILLIAM R. RHODES, et al. ) ) Plaintiffs, ) ) v. ) ) JOHN ADAMS ASSOCIATES, INC., ) and 3M COMPANY, ) ) Defendants. ) ) ) | Miscellaneous Case No. 07-577 (RBW) |

**ORDER**

Based upon the agreement of all parties as represented to the Court on February 15, 2008, it is

**ORDERED** that the hearing in this case scheduled for February 19, 2008, at 10:30 a.m. is **CANCELED**. It is further

**ORDERED** that on or before February 27, 2008, 3M Company shall submit under seal all unproduced documents subject to the Plaintiffs' Motion to Compel Production Pursuant to a Subpoena for the Court's in camera review. It is further

**ORDERED** that all parties shall appear before this Court on April 18, 2008, at 3:00 p.m. for a hearing on the merits of the Plaintiffs' Motion to Compel Production Pursuant to a Subpoena.

**SO ORDERED** this 19th day of February, 2008.

                                                              REGGIE B. WALTON  
                                                              United States District Judge