## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

| | |
|---|---|
| *In Re*: **John Adam Associates, Inc.**<br>   John Adams Associates, Inc.<br>      Subpoena Recipient,<br>      850 National Press Building<br>      Washington, D.C. 20045<br><br>   3M Company,<br>      Intervenor,<br>      3M Center<br>      St. Paul, MN 55144 | )<br>)<br>)<br>)<br>)<br>) **Civil Action No. 1:07-mc-00577 (RBW)**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE REGARDING FILING OF SEALED MATERIAL

On February 19, 2008, Judge Walton entered an order directing 3M Company to submit under seal to the Court for an *in camera* review all unproduced documents subject to the Plaintiffs' Motion to Compel Production Pursuant to a Subpoena to the Court.

Notice is hereby given that such documents have been filed under seal with the Court. An Amended Privilege Log identifying the documents submitted under seal is attached to this Notice.

_/s/_____
Katherine L. Rhyne, D.C. Bar No. 339010
King & Spalding LLP
1700 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 737-0500
Facsimile: (202) 626-3737

Michael C. McCarthy, admitted *pro hac vice*
Maslon Edelman Borman & Brand, LLP
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4140
Telephone: (612) 672-8200
Facsimile: (612) 672-8397

*COUNSEL FOR 3M COMPANY*

## CERTIFICATE OF SERVICE

I certify that on February 25, 2008, I caused a copy of 3M Company's Notice Regarding Filing of Sealed Material to be filed electronically with the Clerk of the Court using the CM/ECF system, which will send notice of the filing to the following:

J. Steven Justice
Taft Stettinius & Hollister LLP
110 North Main Street, Suite 900
Dayton, OH 45402

Karen J. Marcus
Finkelstein Thompson LLP
The Duvall Foundry
1050 30th Street NW
Washington, D.C. 20007

*COUNSEL FOR PETITIONERS*

Thomas Richichi
Nadira Clarke
Beveridge & Diamond
1350 I Street NW
Suite 700
Washington, DC 20005

*COUNSEL FOR JOHN ADAMS ASSOCIATES, INC.*

Dated: February 25, 2008                    ____/s/_____
                                            Katherine L. Rhyne

As Amended February 21, 2008
Response of John Adams Associates Inc. to Subpoenas -- Privilege Log of 3M Company
Rhodes, et al. v. E.I. du Pont De Nemours and Co., Civil Action No. 06-1810 (S.D. WV)
Rowe, et al. v. E.I. du Pont De Nemours and Co., Civil Action No. 06-1810-RMB-AMD (D. NJ)

| Bates No. | Date | From | To | Copy | Description | Doc. Type | Privilege |
|---|---|---|---|---|---|---|---|
| JAA0022854 JAA0022858 | 10/2/1998 | Heinze-J (John Adams Associates, 3M Outside Consultant) | | | Confidential handwritten notes by 3M Outside Consultant summarizing a meeting between 3M Outside Consultant, 3M Management, and 3M In-house Counsel (John Allison) to facilitate the rendition of legal advice regarding proposed communications concerning fluorochemicals. | Handwritten Notes | AC; WP |
| JAA0023825 JAA0023826 | 11/12/98 | DiPasquale-TJ (3M Assistant General Counsel) | Nash-MA (3M Senior Counsel); Zobel-LR (3M Medical Staff Vice President); Mandel -JH (3M Occupational Medicine); Bacon-DL (3M Technical Director Environmental Lab); Weppner-WA (3M Director, Environmental Health Safety Regulatory Affairs); Boyd-J and Smith-L (3M PCP Environmental Health Safety and Regulatory Affairs); 3M Outside Consultant (Heinze-J, John Adams Associates) | | Confidential communication bearing the legend, "Attorney Client and Work Product Privileged," prepared by 3M In-House Counsel and sent to 3M Management, In-House Counsel and 3M Outside Consultant providing information to facilitate the rendition of legal advice regarding fluorochemical issues and in anticipation of regulatory proceedings and litigation. | Agenda with Handwritten Notes | AC; WP |

1

**As Amended February 21, 2008**
**Response of John Adams Associates Inc. to Subpoenas -- Privilege Log of 3M Company**
**Rhodes, et al. v. E.I. du Pont De Nemours and Co., Civil Action No. 06-1810 (S.D. WV)**
**Rowe, et al. v. E.I. du Pont De Nemours and Co., Civil Action No. 06-1810-RMB-AMD (D. NJ)**

| Bates No. | Date | From | To | Copy | Description | Doc. Type | Privilege |
|---|---|---|---|---|---|---|---|
| JAA0023081 | 11/23/1998 | Dougherty-MI (3M Communications Manager) | Heinze-J (John Adams Associates, 3M Outside Consultant) | | Confidential communication bearing the legend, "Attorney-client and work product privileged," prepared by 3M Management and sent to 3M Outside Consultant providing information to facilitate the rendition of legal advice regarding proposed communications regarding fluorochemicals. | Agenda with Handwritten Notes | AC; WP |
| JAA0023237 JAA0023241 | 11/30/1998 | Adams-J (John Adams Associates, 3M Outside Consultant) | | | Confidential handwritten notes prepared by 3M Outside Consultant to facilitate the rendition of legal advice regarding proposed communications concerning fluorochemicals. | Handwritten Notes | AC; WP |
| JAA0023245 JAA0023249 | 12/14/1998 | Sussman-RM (Latham & Watkins, 3M Outside Counsel); Hatcher-JA (Latham & Watkins, 3M Outside Counsel) | DiPasquale-TJ (3M Assistant General Counsel) | Heinze-J (John Adams Associates, 3M Outside Consultant) | Confidential communication providing legal advice regarding application of the Toxic Substances Control Act Section 8(e), prepared in anticipation of regulatory proceedings by 3M Outside Counsel and sent to 3M In-house Counsel. | Letter | AC; WP |
| JAA0023250 JAA0023254 | 12/14/1998 | Sussman-RM (Latham & Watkins, 3M Outside Counsel); Hatcher-JA (Latham & Watkins, 3M Outside Counsel) | DiPasquale-TJ (3M Assistant General Counsel) | Heinze-J (John Adams Associates, 3M Outside Consultant) | Confidential communication providing legal advice regarding application of the Toxic Substances Control Act Section 8(e), prepared in anticipation of regulatory proceedings by 3M Outside Counsel and sent to 3M In-house Counsel. | Letter | AC; WP |

2

As Amended February 21, 2008
Response of John Adams Associates Inc. to Subpoenas -- Privilege Log of 3M Company
Rhodes, et al. v. E.I. du Pont De Nemours and Co., Civil Action No. 06-1810 (S.D. WV)
Rowe, et al. v. E.I. du Pont De Nemours and Co., Civil Action No. 06-1810-RMB-AMD (D. NJ)

| Bates No. | Date | From | To | Copy | Description | Doc. Type | Privilege |
|---|---|---|---|---|---|---|---|
| JAA0023255 JAA0023259 | 12/16/1998 | Heinze-J (John Adams Associates, 3M Outside Consultant) | | | Confidential handwritten notes prepared by 3M Outside Consultant summarizing a meeting between 3M Outside Consultant, 3M Management, and 3M In-house Counsel John Allison and Tom DiPasquale and 3M Outside Counsel Dale Larson providing information to facilitate the rendition of legal advice regarding proposed communications concerning fluorochemicals. | Handwritten Notes | AC; WP |
| JAA0023335 | 2/12/1999 | Heinze-J (John Adams Associates, 3M Outside Consultant) | | | Confidential handwritten notes by 3M Outside Consultant summarizing discussions between 3M Outside Consultant and 3M In-house Counsel John Allison, in anticipation of regulatory proceedings and litigation and to facilitate the rendition of legal advice regarding proposed communications regarding fluorochemicals. | Handwritten Notes | AC; WP |
| JAA0023399 JAA0023402 | 2/17/1999 | Heinze-J (John Adams Associates, 3M Outside Consultant) | | | Confidential handwritten notes prepared by 3M Outside Consultant summarizing a meeting between 3M Outside Consultant, 3M Management, and 3M In-house Counsel John Allison in anticipation of regulatory proceedings and litigation and to facilitate the rendition of legal advice regarding fluorochemicals. | Handwritten Notes | AC; WP |

As Amended February 21, 2008
Response of John Adams Associates Inc. to Subpoenas -- Privilege Log of 3M Company
Rhodes, et al. v. E.I. du Pont De Nemours and Co., Civil Action No. 06-1810 (S.D. WV)
Rowe, et al. v. E.I. du Pont De Nemours and Co., Civil Action No. 06-1810-RMB-AMD (D. NJ)

| Bates No. | Date | From | To | Copy | Description | Doc. Type | Privilege |
|---|---|---|---|---|---|---|---|
| JAA0023593 | 5/24/1999 | Sussman-RM (Latham & Watkins, 3M Outside Counsel); Hatcher-JA (Latham & Watkins, 3M Outside Counsel) | DiPasquale-TJ (3M Assistant General Counsel) | | Confidential communication prepared in anticipation of regulatory proceedings by 3M Outside Counsel and sent to 3M In-house Counsel to facilitate the rendition of legal advice regarding submissions to the Toxic Substances Control Act Section 8(e) docket. | Letter | AC; WP |
| JAA0023608 | 7/6/1999 | Reiner-VL (3M Environmental Technology & Safety Services Laboratory Manager) | Nash-MA (3M Senior Counsel); Santoro-MA (3M Director Environmental, Health, Safety & Regulatory Affairs) | | Confidential communication bearing the legend, "Attorney/client work product privileged," prepared in anticipation of regulatory proceedings and litigation and sent to 3M Management and 3M In-house Counsel providing information to facilitate the rendition of legal advice regarding a draft communication prepared for EPA. Stamped received by M.A.Nash Jul 08 1999. | Memorandum | AC; WP |
| JAA0023607 | 7/13/1999 | Nash-MA (3M Senior Counsel) | Weppner-WA (3M Director Environmental Health Safety Regulatory Affairs); Bacon-DL (3M Environmental Laboratory Manager); Allison-JR (3M Senior Counsel); Sanders-DA (3M Director Life Cycle Management); Dougherty-MI (3M Communications Manager) | | Confidential communication bearing the legend, "Attorney-client and work product privileged," prepared in anticipation of regulatory proceedings and litigation by 3M In-house Counsel and sent to 3M Management and 3M In-house Counsel providing information to facilitate the rendition of legal advice regarding a draft communication to EPA on fluorochemicals. | Memorandum | AC; WP |

4

As Amended February 21, 2008
Response of John Adams Associates Inc. to Subpoenas -- Privilege Log of 3M Company
Rhodes, et al. v. E.I. du Pont De Nemours and Co., Civil Action No. 06-1810 (S.D. WV)
Rowe, et al. v. E.I. du Pont De Nemours and Co., Civil Action No. 06-1810-RMB-AMD (D. NJ)

| Bates No. | Date | From | To | Copy | Description | Doc. Type | Privilege |
|---|---|---|---|---|---|---|---|
| JAA0023662 JAA0023664 | 8/3/1999 | Heinze-J (John Adams Associates, 3M Outside Consultant) | Dougherty-MI (3M Communications Manager) | | Confidential communication bearing the legend, "Attorney-client and work product privileged," prepared in anticipation of regulatory proceedings and litigation by 3M Outside Consultant and sent to 3M Management providing information in response to Mr. Nash's request of July 13, 1999 to facilitate the rendition of legal advice. | Memorandum | AC; WP |
| JAA0023673 | 8/26/1999 | Nash-MA (3M Senior Counsel) | Weppner-WA (3M Director Environmental Health Safety Regulatory Affairs); Bacon-DL (3M Environmental Laboratory Manager); Allison-JR (3M Senior Counsel); Sanders-DA (3M Director Life Cycle Management); Dougherty-MI (3M Communications Manager); Wendling-LA (3M Vice President); Zobel-LR (3M Medical Staff Vice President); Hakes-DC (3M Regulatory Affairs Specialist) | | Confidential communication bearing the legend, "Attorney-client and work product privileged," prepared in anticipation of regulatory proceedings and litigation by 3M In-house Counsel and sent to 3M Management and 3M In-house Counsel providing information to facilitate the rendition of legal advice. | Memorandum | AC; WP |

5

As Amended February 21, 2008
Response of John Adams Associates Inc. to Subpoenas -- Privilege Log of 3M Company
Rhodes, et al. v. E.I. du Pont De Nemours and Co., Civil Action No. 06-1810 (S.D. WV)
Rowe, et al. v. E.I. du Pont De Nemours and Co., Civil Action No. 06-1810-RMB-AMD (D. NJ)

| Bates No. | Date | From | To | Copy | Description | Doc. Type | Privilege |
|-----------|------|------|-----|------|-------------|-----------|-----------|
| JAA0023766 | 9/22/1999 | Heinze-J (John Adams Associates, 3M Outside Consultant) | Dougherty-MI (3M Communications Manager) | | Confidential communication bearing the legend, "Attorney Client Work Product Privileged," prepared in anticipation of regulatory proceedings and litigation by 3M Outside Consultant and sent to 3M Management discussing legal advice and providing information to facilitate the rendition of legal advice regarding proposed submission to EPA. | Memorandum | AC; WP |
| JAA0023876 | 1/27/2000 | Heinze-J (John Adams Associates, 3M Outside Consultant) | | | Confidential handwritten notes by 3M Outside Consultant summarizing discussion with 3M Outside Counsel Kathy Rhyne (King & Spalding) prepared in anticipation of regulatory proceedings and litigation and to facilitate the rendition of legal advice concerning fluorochemicals. | Handwritten Notes | AC; WP |

6

As Amended February 21, 2008
Response of John Adams Associates Inc. to Subpoenas -- Privilege Log of 3M Company
**Rhodes, et al. v. E.I. du Pont De Nemours and Co., Civil Action No. 06-1810 (S.D. WV)**
**Rowe, et al. v. E.I. du Pont De Nemours and Co., Civil Action No. 06-1810-RMB-AMD (D. NJ)**

| Bates No. | Date | From | To | Copy | Description | Doc. Type | Privilege |
|---|---|---|---|---|---|---|---|
| JAA0023912 JAA0023915 | 10/6/2000 | Sussman-RM (Latham & Watkins, 3M Outside Counsel) | DiPasquale-TJ (3M Assistant General Counsel); Reich-CC (3M Executive Vice President) | Bacon-DL (3M Environmental Laboratory Manager); Santoro-MA (3M Director Environmental, Health, Safety & Regulatory Affairs); Reed-KE (3M Staff Vice President); Zobel-LR (3M Medical Staff Vice President); Sanders-DA (3M Director Life Cycle Management); Weppner-WA (3M Director Environmental Health Safety Regulatory Affairs); Hatcher-IA (Latham & Watkins, 3M Outside Counsel); Heinze-J (John Adams Associates, 3M Outside Consultant) | Confidential communication prepared in anticipation of regulatory proceedings and litigation by 3M Outside Counsel and sent to 3M In-house Counsel, 3M Management, 3M Outside Counsel and 3M Outside Consultant providing legal advice regarding regulatory proceedings and communications related to fluorochemicals. | E-Mail Chain | AC; WP |

7

As Amended February 21, 2008
Response of John Adams Associates Inc. to Subpoenas -- Privilege Log of 3M Company
Rhodes, et al. v. E.I. du Pont De Nemours and Co., Civil Action No. 06-1810 (S.D. WV)
Rowe, et al. v. E.I. du Pont De Nemours and Co., Civil Action No. 06-1810-RMB-AMD (D. NJ)

| Bates No. | Date | From | To | Copy | Description | Doc. Type | Privilege |
|---|---|---|---|---|---|---|---|
| JAA0023916 JAA0023930 | 11/15/2000 | DiPasquale-TJ (3M Assistant General Counsel) | Harnetty-MC (3M Division Vice President); Ihlenfeld-JV (3M Vice President); Walker-JL (3M General Manager); Wendling-LA (3M Vice President); Turner-FR (3M Management); Carson-JF (3M Management); Sanders-DA (3M Director Life Cycle Management); Weppner-WA (3M Director Environmental Health Safety Regulatory Affairs); Reed-KE (3M Staff Vice President); Santoro-MA (3M Director Environmental, Health, Safety & Regulatory Affairs); Dougherty-MI (3M Communications Manager); Zobel-LR (3M Medical Staff Vice President); Reich-CC (3M Executive Vice President) | Heinze-J (John Adams Associates, 3M Outside Consultant) | Confidential communication prepared in anticipation of regulatory proceedings and litigation by 3M In-house Counsel and sent to 3M Management, providing draft submission to EPA prepared by 3M Outside Counsel Hatcher-JA (Latham & Watkins) and reflecting privileged request for and provision of legal advice. | Electronic Mail and Attachment | AC; WP |

8

As Amended February 21, 2008
Response of John Adams Associates Inc. to Subpoenas -- Privilege Log of 3M Company
Rhodes, et al. v. E.I. du Pont De Nemours and Co., Civil Action No. 06-1810 (S.D. WV)
Rowe, et al. v. E.I. du Pont De Nemours and Co., Civil Action No. 06-1810-RMB-AMD (D. NJ)

| Bates No. | Date | From | To | Copy | Description | Doc. Type | Privilege |
|---|---|---|---|---|---|---|---|
| JAA0023938 | 1/22/2001 | DiPasquale-TJ (3M Assistant General Counsel) | Sussman-RM (Latham & Watkins, 3M Outside Counsel); Rhyne-KL (King & Spalding, 3M Outside Counsel); Hatcher-JA (Latham & Watkins, 3M Outside Counsel); Quarles-J (Morgan Lewis & Bockius, 3M Outside Counsel) | Nash-MA (3M Senior Counsel); Santoro-MA (3M Director Environmental, Health, Safety & Regulatory Affairs); Scanlon-JJ (3M Assistant General Counsel); Dougherty-MI (3M Communications Manager); Heinze-J (John Adams Associates, 3M Outside Consultant) | Confidential communication bearing the legend, "Attorney-Client privileged," prepared in anticipation of regulatory proceedings and litigation by 3M In-house Counsel and sent to 3M Outside Counsel and 3M Management summarizing and requesting legal advice. | Letter | AC; WP |

As Amended February 21, 2008
Response of John Adams Associates Inc. to Subpoenas -- Privilege Log of 3M Company
Rhodes, et al. v. E.I. du Pont De Nemours and Co., Civil Action No. 06-1810 (S.D. WV)
Rowe, et al. v. E.I. du Pont De Nemours and Co., Civil Action No. 06-1810-RMB-AMD (D. NJ)

| Bates No. | Date | From | To | Copy | Description | Doc. Type | Privilege |
|---|---|---|---|---|---|---|---|
| JAA0023939 JAA0023947 | 1/19/2001 | Arndt-LA (3M Administrative) on behalf of Santoro-MA (3M Director Environmental, Health, Safety & Regulatory Affairs) | DiPasquale-TJ (3M Assistant General Counsel) | Santoro-MA (3M Director Environmental, Health, Safety & Regulatory Affairs); Bacon-DL (3M Environmental Laboratory Manager); Dougherty-MI (3M Communications Manager) Heinze-J (John Adams Associates, 3M Outside Consultant) | Confidential communication prepared in anticipation of regulatory proceedings and litigation by 3M Management and sent to 3M In-House Counsel and 3M Management providing information to facilitate the rendition of legal advice regarding EPA and OECD proceedings. | E-mail chain and attached slides | AC; WP |

10

As Amended February 21, 2008
Response of John Adams Associates Inc. to Subpoenas -- Privilege Log of 3M Company
Rhodes, et al. v. E.I. du Pont De Nemours and Co., Civil Action No. 06-1810 (S.D. WV)
Rowe, et al. v. E.I. du Pont De Nemours and Co., Civil Action No. 06-1810-RMB-AMD (D. NJ)

| Bates No. | Date | From | To | Copy | Description | Doc. Type | Privilege |
|---|---|---|---|---|---|---|---|
| JAA0023822 JAA0023824 | 11/06/2003 | DiPasquale-TJ (3M Assistant General Counsel) | Allison-JR (3M Assistant General Counsel); Ziegler-RF (3M Senior Vice President, Legal Affairs and General Counsel); Ihlenfeld-JV (3M Vice President); Palensky-FJ (3M Division Vice President); Santoro-MA (3M Director Environmental, Health, Safety & Regulatory Affairs); Gahlon-DE (3M Staff Vice President); Zobel-LR (3M Medical Staff Vice President); Larson-GM (3M Associate General Counsel and Corporate Secretary) | Heinze-J (John Adams Associates, 3M Outside Consultant) | Confidential communication bearing the legend, "Attorney-client privileged attorney work product," prepared by 3M In-House Counsel and sent to 3M Management, 3M In-House Counsel and 3M Outside Consultant providing information to facilitate the rendition of legal advice regarding fluorochemical issues and in anticipation of regulatory proceedings and litigation. | Agenda with Handwritten Notes | AC; WP |

As Amended February 21, 2008
Response of John Adams Associates Inc. to Subpoenas -- Privilege Log of 3M Company
Rhodes, et al. v. E.I. du Pont De Nemours and Co., Civil Action No. 06-1810 (S.D. WV)
Rowe, et al. v. E.I. du Pont De Nemours and Co., Civil Action No. 06-1810-RMB-AMD (D. NJ)

## DOCUMENTS PRODUCED IN A REDACTED FORM

| Bates No. | Date | From | To | Copy | Description | Doc. Type | Privilege |
|---|---|---|---|---|---|---|---|
| JAA0022859 JAA0022874 | 10/19/1998 | Heinze-J (John Adams Associates, 3M Outside Consultant) | | | Document containing handwritten notes of Outside Consultant retained by counsel. Handwritten notes on page JAA0022867 referring to legal advice by 3M attorneys redacted. | Draft Outline with Handwritten Notes; handwritten notes reflecting communications of 3M attorneys redacted | AC; WP |
| JAA0023394 JAA0023398 | 2/16/1999 | Heinze-J (John Adams Associates, 3M Outside Consultant) | | | Document containing handwritten notes of Outside Consultant retained by counsel. Handwritten notes reflecting discussion with 3M In-House Counsel John Allison redacted throughout. | Draft Memorandum with Handwritten Notes; handwritten notes from conversation with 3M in-house counsel redacted | AC; WP |

12

As Amended February 21, 2008
Response of John Adams Associates Inc. to Subpoenas -- Privilege Log of 3M Company
Rhodes, et al. v. E.I. du Pont De Nemours and Co., Civil Action No. 06-1810 (S.D. WV)
Rowe, et al. v. E.I. du Pont De Nemours and Co., Civil Action No. 06-1810-RMB-AMD (D. NJ)

| Bates No. | Date | From | To | Copy | Description | Doc. Type | Privilege |
|---|---|---|---|---|---|---|---|
| JAA0023403 JAA0023404 | 2/16/1999 | Heinze-J (John Adams Associates, 3M Outside Consultant) | | | Document containing handwritten notes of Outside Consultant retained by counsel. Handwritten notes on page JAA0023403 referring to legal advice by 3M attorneys redacted. | Memorandum with Handwritten Notes; handwritten notes reflecting communicat-ions of 3M attorneys redacted | AC; WP |

13