# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: JOHN ADAMS ASSOCIATES, INC. | : : : : |
| WILLIAM R. RHODES, et al.<br><br>Plaintiffs,<br>v<br><br>JOHN ADAMS ASSOCIATES, INC.,<br><br>Defendant. | : : : : : : : : : : : | Case No. 07-577 (RBW)

## NOTICE REGARDING FILING OF SEALED MATERIAL

On April 7, 2008, Plaintiffs filed a Motion for Leave to File Documents Under Seal asking the Court for permission to file under seal Exhibits C-H to Plaintiffs' Motion To Compel Removal Of Defendant's Confidentiality Designations On Certain Produced Documents.

Notice is hereby given that Exhibits C-H to Plaintiffs' Motion To Compel Removal Of Defendant's Confidentiality Designations On Certain Produced Documents have been filed under seal with the Court.

Respectfully submitted,

/s/ Karen J. Marcus
Karen J. Marcus (D.C. Bar # 486435)
Finkelstein Thompson LLP
The Duvall Foundry
1050 30th Street N.W.
Washington, D.C.  20007
(Tel) (202) 337-8000
(Fax)   (202) 337-8090
kmarcus@finkelsteinthompson.com


 /s/  J. Steven Justice
J. Steven Justice (OSB# 0063719)
Taft Stettinius & Hollister LLP
110 North Main Street, Suite 900
Dayton, OH  45402
(Tel)    937-228-2816
(Fax)   937-228-2816
justice@taftlaw.com

## CERTIFICATE OF SERVICE

I certify that on April 7, 2008, I caused a copy of Plaintiffs' Notice of Filing of Sealed Materials to be filed electronically with the Clerk of the Court using the CM/ECF system, which will send notice of the filing to the following:

Katherine L. Rhyne
King & Spalding LLP
1700 Pennsylvania Avenue, NW
Washington, DC  20006

Thomas Richichi
Nadira Clarke
Beveridge & Diamond, P.C.
1350 I Street, N.W., Suite 700
Washington, D.C.  20005

Notice will be sent to the following via First Class Mail:

Michael C. McCarthy
Maslon Edelman Borman & Brand, LLP
3300 Wells Faro Center
90 South Seventh Street
Minneapolis, MN  55402-4140

Dated:  April 7, 2008         /s/
                              Karen J. Marcus