UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| *In Re*:  John Adam Associates, Inc. ) ) ) ) ) ) ) ) | Civil Action No. 1:07-mc-00577 (RBW) |

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Stan M. Doerrer, Esq. hereby enters his appearance as counsel of record on behalf of the Plaintiffs in the above captioned action. Please direct all future correspondence and papers in connection with this action to the undersigned.

Dated: April 16, 2008

/s/ Stan M. Doerrer
Stan M. Doerrer (DC Bar # 502496)
FINKELSTEIN THOMPSON LLP
1050 30th Street, N.W.
Washington, D.C. 20007
Tel:   (202) 337-8000
Fax:   (202) 337-1050

**CERTIFICATE OF SERVICE**

I certify that on April 16, 2008, I caused a copy of Plaintiffs' Notice of Appearance to be filed electronically with the Clerk of the Court using the CM/ECF system, which will send notice of the filing to the :

Katherine L. Rhyne
King & Spalding LLP
1700 Pennsylvania Avenue, NW
Washington, DC  20006

Thomas Richichi
Madira Clarke
Beveridge & Diamond, P.C.
1350 I Street, N.W., Suite 700
Washington, D.C.  20005

Notice will be sent to the following using First Class Mail:

Michael C. McCarthy
Maslon Edelman Borman & Brand, LLP
3300 Wells Faro Center
90 South Seventh Street
Minneapolis, MN  55402-4140

Dated:  April 16, 2008                                /s/ Stan M. Doerrer
                                                                           Stan M. Doerrer