UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| *In Re*: John Adam Associates Inc. | )<br>)<br>)<br>) Civil Action No. 1:07-mc-00577 (RBW)<br>)<br>)<br>) |

**CONSENT MOTION TO EXTEND THE RESPONSE DEADLINE FOR MOTION TO COMPEL REMOVAL OF CONFIDENTIALITY DESIGNATIONS ON CERTAIN PRODUCED DOCUMENTS**

Third-party subpoena recipient, John Adams Associates Inc. ("JAA") respectfully requests that the Court extend the deadline for filing a response to Plaintiffs' Motion to Compel Removal of Confidentiality Designations on Certain Produced Documents ("Motion to Compel") by four days, until Tuesday, April 22, 2008. This request for an extension of the response deadline is made in light of certain unanticipated work projects and the previously scheduled travel plans of Nadira Clarke, counsel for JAA. The motion is further made with the consent of counsel for Plaintiffs, J. Steven Justice, and counsel for Intervener, the 3M Company, Michael McCarthy.

In support of the motion, JAA states:

1.   This matter involves two third-party subpoenas issued by this court in connection with civil cases pending in other federal district courts: *Rhodes v. E.I. DuPont Nemours and Co.*, Civ. Action No. 6-06-0530 (S.D. W. Va) and *Rowe v. E.I. DuPont Nemours and Co.* (D.N.J.).

2.   John Adams, which is not a party to the litigation, has worked diligently to respond to the third-party subpoenas, providing 17,351 documents to the Plaintiffs in those cases.

3. A small portion of the documents that JAA produced were marked as "confidential" in connection with the Confidentiality Orders entered in the *Rowe* and *Rhodes* cases.

4. Following a "meet and confer" on or about April 7, 2008 between Plaintiffs' counsel and counsel for JAA, Plaintiffs filed the Motion to Compel referenced above.

5. On April 17, 2008, counsel for JAA, Nadira Clarke, determined that in light of several unexpected work projects and a previously planned trip to California beginning on April 18, 2008, JAA would need additional time to respond to Plaintiffs' Motion to Compel. Ms. Clarke contacted Plaintiffs' counsel, J. Steven Justice, who consented to Ms. Clarke's request for a four day extension, provided that Plaintiffs received an additional four days in which to file their reply and that the date for the oral argument on the motion, currently scheduled for May 2, 2008, remain unchanged. Intervener's counsel, Mike McCarthy, also consented to the extension request.

Wherefore, JAA respectfully requests that the Court extend the date for filing a response to Plaintiffs' Motion to Compel until April 22, 2008, and provide Plaintiff's an additional four days in which to file their reply in support of the same.

/s/
THOMAS M. RICHICHI
D.C. Bar No. 255505

Nadira Clarke, *Pro Hac Vice*[1]
PA Bar. No. 67956
Beveridge & Diamond, P.C.
1350 I Street, NW Suite 700
Washington, DC 20005
Telephone:  (202) 789-6069
Facsimile:  (202) 789-6190
trichichi@bdlaw.com
nclarke@bdlaw.com

Counsel for John Adams Associates Inc.

---

[1] Practicing pursuant to DC App. Rule 49(c)(8), and supervised by Principals of Beveridge & Diamond.

## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| *In Re*: John Adam Associates Inc. | )<br>)<br>)<br>) Civil Action No. 1:07-mc-00577 (RBW)<br>)<br>)<br>) |

### **PROPOSED ORDER**

On this _____ day of _____ 2008, having considered the Consent Motion to Extend the Response Deadline for Motion to Compel Production Pursuant to a Subpoena by four (4) days, it is hereby:

**ORDERED**, that the Motion to Extend the Response Deadline for Motion to Compel Removal of Confidentiality Designations on Certain Produced Documents is:

**GRANTED**; and it is

**FURTHER ORDERED**, that Plaintiffs receive an extension of an additional four (4) days, until April 22, 2008, to file their reply brief in the above captioned matter.

_____
Judge Reggie B. Walton
United States District Court Judge

## CERTIFICATE OF SERVICE

I certify that on April 18, 2008, I caused a copy of the Consent Motion to Extend Response Deadline for Motion to Compel Removal of JAA's Confidentiality Designations on Certain Produced Documents to be filed electronically with the Clerk of the Court using the CM/ECF system, which will send notice of filing to the following:

J. Steven Justice
Taft Stettinius & Hollister LLP
110 North Main Street, Suite 900
Dayton, OH 45402

Karen J. Marcus
Finkelstein Thompson LLP
The Duvall Foundry
1050 30th Street NW
Washington, D.C. 20007

Katherine L. Rhyne,
King & Spalding LLP
1700 Pennsylvania Avenue, N.W.
Washington, DC 20006

Michael C. McCarthy
Maslon Edelman Borman & Brand, LLP
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4140

Dated: April 18, 2008                /s/_____
                                     Nadira Clarke