UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re JOHN ADAMS ASSOCIATES, INC., | )<br>)<br>)<br>) |
| WILLIAM R. RHODES, <u>et al.</u>,<br><br>        Plaintiffs,<br><br>  v.<br><br>JOHN ADAMS ASSOCIATES, INC.,<br>and 3M COMPANY,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>) Miscellaneous Case No. 07-577 (RBW)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

In accordance with the Court's oral ruling issued at the hearing on the Plaintiffs' Motion to Compel Production Pursuant to Subpoena held on May 2, 2008, it is

**ORDERED** that the plaintiffs' motion is **GRANTED** in part and **DENIED** in part. It is further

**ORDERED** that on or before June 13, 2008, the defendants shall produce the documents bearing the following Bates labels: JAA0021742-JAA0021752, JAA0023255-JAA0023259, JAA0023938, JAA0023608, JAA0023607, JAA0023662-JAA0023664, JAA0023673, JAA0023766, JAA0023237-JAA0023241, JAA0023399-JAA0023402, JAA0023825-JAA0023826, JAA0023912-JAA0023915, JAA0023081, JAA0022859-JAA0022874, and JAA0023394-JAA0023398.

**SO ORDERED** this 14th day of May, 2008.

REGGIE B. WALTON<br>
United States District Judge