IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: JOHN ADAMS ASSOCIATES, INC. | : : : : : | |
| WILLIAM R. RHODES, et al. | : : | Case No. 07-577 (RBW) |
| Plaintiffs, v | : : : : | |
| JOHN ADAMS ASSOCIATES, INC., | : : | |
| Defendant | : | |

**PLAINTIFFS' MOTION TO SUPPLEMENT MOTION TO COMPEL REMOVAL OF CONFIDENTIALITY DESIGNATIONS**

On April 7, 2008, Plaintiffs filed a Motion to Compel Removal of Confidentiality Designations that John Adams Associates, Inc. ("JAA") had placed on certain documents produced in response to subpoenas served on JAA in the above-captioned matter. On April 22, 2008, JAA filed a brief in opposition to that Motion. On April 29, 2008, Plaintiffs filed their Reply Brief in support of the Motion. On April 30, 2008, the Court entered an Order questioning whether it had authority to rule on the Motion and requesting further briefing from the parties on that issue. On May 14, 2008, Plaintiffs submitted briefing which addressed the Court's authority to rule on the Motion. On May 28, 2008, JAA submitted briefing addressing the same issue. The Motion remains pending.

Plaintiffs hereby move the Court to permit them to supplement the list of challenged documents contained in the original Motion to include six additional documents: bates numbers JAA0023237-JAA0023241, JAA0023257-JAA0023258, JAA0023394-JAA0023398,

JAA0023399-JAA0023402, JAA0023081, and JAA0023826.  Should the Court grant the relief sought herein, the documents will be filed under seal pursuant to the Court's April 8, 2008 Order granting Plaintiffs' earlier Motion for Leave to File Documents under Seal related to the original Motion to Compel Removal of Confidentiality Designations.  Plaintiffs would file the six additional documents as "Exhibit I" to the original Motion to Compel Removal of Confidentiality Designations.  All six of these additional documents fit within the category of challenged documents that fall under the heading, "F. Internal JAA Communicatons," contained in Plaintiffs' original moving memorandum.

The additional six documents were among the batch of documents that were eventually produced by JAA as a result of an April 18, 2008, hearing concerning 3M's privilege log.  At issue in that hearing, in particular, was the propriety of 3M's placement on a privilege log of several documents in JAA's possession.  The Court ordered that certain of the documents could remain on the log and accepted 3M's request for further briefing regarding the remaining documents.  3M later decided to voluntarily remove the remaining documents from the privilege log and permit JAA to produce the same to Plaintiffs.  Certain of the produced documents, however, were stamped "confidential" by JAA prior to production.  Plaintiffs wish to challenge the confidentiality designations given to six of these documents.

Counsel for JAA has been contacted regarding Plaintiffs' desire to supplement the original Motion with these six documents.  Counsel for JAA does not object to such supplementation.

Accordingly, Plaintiffs respectfully request that the Court permit Plaintiffs to supplement the list of challenged documents contained in the original Motion to include six additional documents.

Respectfully submitted,


\_\_/s/_____
Karen J. Marcus (D.C. Bar # 486435)
Finkelstein Thompson LLP
The Duvall Foundry
1050 30th Street N.W.
Washington, D.C.  20007
(Tel) (202) 337-8000
(Fax)  (202) 337-8090
kmarcus@finkelsteinthompson.com


\_\_/s/_____
J. Steven Justice, admitted *pro hac vice*
Taft Stettinius & Hollister LLP
110 North Main Street, Suite 900
Dayton, OH  45402
(Tel)    937-228-2816
(Fax)   937-228-2816
justice@taftlaw.com


COUNSEL FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I certify that on June 6, 2008, I caused a copy of the foregoing Plaintiffs' Motion to Supplement Motion to Compel Removal of Confidentiality Designations to be filed electronically with the Clerk of the Court using the CM/ECF system, which will send notice of the filing to the following:

> Katherine L. Rhyne
> King & Spalding LLP
> 1700 Pennsylvania Avenue, NW
> Washington, DC  20006
>
> Thomas Richichi
> Nadira Clarke
> Beveridge & Diamond, P.C.
> 1350 I Street, N.W., Suite 700
> Washington, D.C.  20005

Notice will be sent to the following via First Class Mail:

> Michael C. McCarthy
> Maslon Edelman Borman & Brand, LLP
> 3300 Wells Faro Center
> 90 South Seventh Street
> Minneapolis, MN  55402-4140

Dated:  June 6, 2008                          /s/
                                              Karen J. Marcus